| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>FORT WORTH DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sports Constructor's, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **20-5193872** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**7708 Wyatt Drive**<br>**Fort Worth, TX**<br>ZIP CODE **76108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Sports Constructor's, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br><div align=right>Date</div> |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.  .

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s):   **Sports Constructor's, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X**_____ <br><br> **X**_____ <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X**_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br><br> **X** _____ <br> **Michael A. McConnell**      Bar No. **13447300** <br><br> **Kelly Hart & Hallman LLP** <br> **201 Main Street** <br> **Suite 2500** <br> **Fort Worth, TX 76102** <br><br> Phone No.**(817) 332-2500**    Fax No.**(817) 878-9280** <br><br> August 27, 2009 <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **Sports Constructor's, Inc.** <br><br> **X** _Michael Gregory_ <br> Signature of Authorized Individual <br><br> **Michael Gregory** <br> Printed Name of Authorized Individual <br><br> **Executive Vice President/COO** <br> Title of Authorized Individual <br><br> August 27, 2009 <br> Date | _____ <br><br> Address <br> **X** _____ <br><br> _____ <br> Date <br> Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# SPORTS CONSTRUCTOR'S, INC.
### a Texas corporation

## WRITTEN CONSENT OF THE SOLE MEMBER
## OF THE BOARD OF DIRECTORS

### Dated as of August 26, 2009 (the "Effective Date")

The sole member of the board of directors (the "Board") of Sports Constructor's, Inc., a Texas corporation (the "Company"), acting herein pursuant to Section 6.201 of the Texas Business Organizations Code, does, by this instrument, consent to, approve of and adopt the following resolutions in lieu of a special meeting:

**WHEREAS,** the Board deems it advisable and in the best interest of the Company that a voluntary petition for chapter 11 relief (the "Petition") be filed on behalf of the Company under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code") for the purpose of reorganizing the Company's financial affairs; and

**WHEREAS,** in connection therewith, the Board deems it advisable and in the best interest of the Company that the Company enter into that certain Asset Purchase Agreement (the "Asset Purchase Agreement"), to be entered into on or about August 26, 2009, by and between Paragon Holdings, Inc., a Texas corporation ("Paragon") and the Company, substantially in the form attached hereto and incorporated herein as Exhibit A, and that certain Debtor-In-Possession Credit and Security Agreement (the "DIP Credit Agreement"), to be entered into on or about August 26, 2009, by and between Paragon and the Company, substantially in the form attached hereto and incorporated herein as Exhibit B.

### NOW, THEREFORE, BE IT

**RESOLVED,** that each officer of the Company be, and each hereby is, authorized, directed and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other documents ancillary thereto or contemplated thereby and to cause the Petition and such other appropriate documents to be filed with the United States Bankruptcy Court for the Northern District of Texas and to make or cause to be made prior to execution thereof any modifications to the Petition and all other documents ancillary thereto or contemplated thereby, (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements and all first day motions and applications) necessary or desirable in connection with the foregoing, and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the officer executing or verifying the same deems necessary or appropriate in his or her sole discretion; and be it

**FURTHER RESOLVED,** that each officer of the Company be, and each hereby is, authorized, directed and empowered on behalf of and in the name of the Company to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it

**FURTHER RESOLVED,** that the law firm of Kelly Hart & Hallman LLP be, and it hereby is, authorized, directed and empowered to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against the Company under the Bankruptcy Code; and be it

**FURTHER RESOLVED,** that each officer of the Company be, and each hereby is, authorized, directed and empowered on behalf of and in the name of the Company to retain on behalf of the Company such other attorneys, financial advisors, accountants and other professional advisors as such officer so acting shall deem necessary or appropriate in his or her sole discretion; and be it

**FURTHER RESOLVED,** that each officer of the Company be, and each hereby is, authorized, directed and empowered from time to time on behalf of and in the name of the Company to take such actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or appropriate to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall, with the advice of counsel, approve the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

**FURTHER RESOLVED,** that the Board has (i) determined that the Asset Purchase Agreement, including the purchase of the Purchased Assets (as defined in the Asset Purchase Agreement) by Paragon, are advisable, fair to and in the best interest of those persons and entities to whom the Board owes fiduciary duties under Applicable Law (as defined in the Asset Purchase Agreement), (ii) determined that an immediate sale of such Purchased Assets pursuant to Section 363 of the Bankruptcy Code is necessary and urgent as the value of such Purchased Assets, and, therefore, the value ultimately available to the creditors and equityholders of the Company, is rapidly deteriorating, and (iii) determined that the Purchase Price (as defined in the Asset Purchase Agreement) represents a fair and reasonable value for such Purchased Assets in light of the circumstances existing as of the date hereof; and be it

**FURTHER RESOLVED,** that the form, terms and provisions of the Asset Purchase Agreement, and all the transactions contemplated thereby, be submitted to the sole shareholder of the Company (the "Shareholder") for its consideration and approval; and be it

**FURTHER RESOLVED,** that the form, terms and provisions of the DIP Credit Agreement, and all the transactions contemplated thereby, be submitted to the Shareholder for its consideration and approval; and be it

**FURTHER RESOLVED,** that, upon approval and adoption of the Asset Purchase Agreement, the DIP Credit Agreement and all the transactions contemplated by the Asset Purchase Agreement and the DIP Credit Agreement by the Shareholder, (i) the Asset Purchase Agreement, the DIP Credit Agreement and all the transactions contemplated by the Asset Purchase Agreement and the DIP Credit Agreement shall be authorized, adopted, certified, acknowledged and approved in all respects, (ii) each officer of the Company shall be authorized, directed and empowered on behalf of and in the name of the Company to execute and deliver, and perform all acts and all things contemplated by the Asset Purchase Agreement, the DIP Credit Agreement and all documents, instruments, certificates and all other agreements contemplated by the Asset Purchase Agreement and the DIP Credit Agreement, and such changes in the terms and conditions thereof, and such amendments, modifications, and supplementations thereto, as the officer executing the same may, in his or her sole discretion, deem necessary or appropriate, his or her signature thereon being conclusive evidence that he or she did so deem the same to be necessary or appropriate and (iii) any and all actions taken by the officers and employees of the Company in furtherance thereof prior to this date be, and hereby are, adopted, ratified and confirmed and approved in all respects; and be it

**FURTHER RESOLVED,** that in addition to the specific authorizations heretofore conferred upon each officer of the Company, each officer of the Company is hereby authorized, directed and empowered, in the name of and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such instruments, certificates, agreements and documents as they or any of them may, with the advice of counsel, consider necessary, advisable or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

**FURTHER RESOLVED,** that all actions heretofore taken by any officer of the Company in connection with any of the foregoing resolutions be, and each hereby is, adopted, ratified and confirmed and approved in all respects.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned, being the sole member of the Board of Directors of the Sports Constructors, Inc., has duly executed this written consent to be effective as of the Effective Date.

R. J. Phillips, Jr.