B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Sports Constructor's, Inc.**  Case No. 09-45242-11

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ullico Casualty Company<br>1624 Eye Street N.W.<br>Washington, DC 20006 | Carl Castellano<br>1624 Eye Street N.W.<br>Washington, D.C. 20006<br><br>1-800-431-5425 | Trade Debt | | $1,804,349.60 |
| FieldTurf USA, Inc.<br>8088 Montview Road<br>Montreal, PQ H2P 2L7 Canada | Raymond Robitaille<br><br>514-340-9311 | Trade Debt | | $465,157.08 |
| Desso DLW Sports Systems<br>Robert Ramlotstraat 89<br>Dendermonde, B-9200 Belgium | Wil Rovers<br><br>+31(0)412 660 0 | Trade Debt | | $372,831.41 |
| BASF Construction Chemicals, LLC<br>24503 Network Place<br>Chicago, IL 60673-1245 | DeAnn Myer<br><br>Fax: 952-496-6066<br>952-496-6038 | Trade Debt | | $337,484.45 |
| Liberty Tire Recycling, LLC<br>5302 Wade Road<br>Baytown, TX 77521 | Kim Mayberry<br><br>Fax: 281-424-3882<br>281-424-4011 | Trade Debt | | $155,836.43 |
| Contech Construction Products, Inc.<br>2201 W. Royal Lane, Suite 170<br>Irving, TX 75063 | Customer Service<br><br>Fax 800-269-6708<br>888-821-3032 | Trade Debt | | $105,612.02 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Sports Constructor's, Inc.**

Case No. 09-45242-11

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hayden Paving, Inc.<br>4710 Windsong Trail<br>Houston, TX 77084 | Marisa Cestaneda<br><br>Fax: 281-855-7710<br>281-855-7710 | Trade Debt | | $101,923.52 |
| Rolling Stone Materials<br>c/o Heritage Credit, LLP<br>P.O. Box 1317<br>Colleyville, TX 76034 | Gary Womack<br><br>Fax: 817-399-1919<br>817-399-1100 | Trade Debt | | $97,628.20 |
| Re-Tek Products, Inc.<br>3600 Chamberlain Ln Ste 726<br>Louisville, KY 40241 | Chris Boarman<br><br>Fax: 502-415-7299<br>502-426-2677 | Trade Debt | | $79,212.23 |
| United Rentals Northwest, Inc.<br>File 51122<br>Los Angeles, CA 90074-1122 | Terri Meyers<br><br>Fax: 866-862-7036<br>888-563-2330 x | Trade Debt | | $46,201.13 |
| Gill Athletics, Inc.<br>P.O. Box 1790<br>Champaign, IL 61824-1790 | Brenda DeLaurier<br><br>Fax: 217-367-8440<br>217-367-8438 x | Trade Debt | | $43,146.35 |
| JT's Asphalt & Concrete<br>3342 Obenchain<br>Dallas, TX 75212 | Scott Roix<br><br>Fax: 214-752-8138<br>214-202-2624 | Trade Debt | | $41,237.69 |
| Reynolds Asphalt & Construction Co, Inc<br>P.O. Box 370<br>Euless, TX 76039 | Ned Tankersly<br><br>Fax: 817-267-1878<br>817-267-3131 | Trade Debt | | $36,443.84 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: **Sports Constructor's, Inc.**  Case No. 09-45242-11

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rental One<br>P.O. Box 489<br>Colleyville, TX 76034 | Jeff Swanson<br><br>Fax: 817-581-0400<br>817-581-6001 x | Trade Debt | | $27,882.63 |
| Midwest Elastomers, Inc.<br>P.O. Box 631124<br>Cincinnati, OH 45263-1124 | Karen Jacobs<br><br>Fax: 419-738-4411<br>419-738-8844 | Trade Debt | | $25,773.00 |
| Porter Athletic, Inc.<br>2500 S. 25th Avenue<br>Broadview, IL 60155-2500 | Customer Service<br><br>Fax: 708-338-2600<br>708-338-2000 | Trade Debt | | $22,535.71 |
| Environmental Soil Stabilization, LLC<br>240 East Renfro Street, Suite 207<br>Burleson, TX 76028 | Crystal James<br><br>Fax: 817-426-8018<br>817-426-8000 | Trade Debt | | $21,013.00 |
| In-Line Plastics<br>P.O. Box 200625<br>Houston, TX 77216-0625 | Elizabeth Bradford<br><br>Fax: 281-272-1673<br>281-272-1660 | Trade Debt | | $19,604.00 |
| Redi-Mix Concrete<br>1001 W. Euless Blvd., Suite 100<br>Euless, TX 76040 | Patty O'Donnell<br><br>Fax: 817-835-4030<br>817-835-4103 | Trade Debt | | $16,202.00 |
| Super 8 Motel Houston (I-10E)<br>1217 Federal Rd.<br>Houston, TX 77015 | Judy Patel<br><br>Fax: 713-330-0917<br>713-330-8855 | Trade Debt | | $16,143.83 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Sports Constructor's, Inc.**

Case No. 09-45242-11

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Executive Vice President/COO** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: August 27, 2009

Signature: *Michael Gregory*
**Michael Gregory**
**Executive Vice President/COO**