# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPORTS CONSTRUCTOR'S, INC. | § | |
| | § | Case No. 09-45242-11 |
| Debtor. | § | |

## CORPORATE OWNERSHIP STATEMENT

The following is the ownership structure of the Debtor, which has been prepared in accordance with Rule 1007(a)(1) for filing in this Chapter 11 case. The sole shareholder of Sports Constructor's, Inc. is FC-Sports Holdings, LLC. The sole member of FC-Sports Holdings, LLC is Four Thirteen Holdings, LLC.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the authorized agent of Sports Constructor's, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Date August 27, 2009        Signature _____

                             Kyle Mann, Vice Chairman
                             Name and Title